## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on June 25, 2019, on all parties requesting notice in this proceeding and that copies were mailed to counsel and parties listed below via first class U.S. Mail on June 25, 2019.

**Debtor**

Insys Therapeutics, Inc.
1333 South Spectrum Blvd., Suite 100
Chandler, AZ 85286

**Counsel for Debtor**

Gary T. Holtzer
Ronit J. Berkovich
Candace M. Arthur
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John H. Knight
Paul N. Heath
Amanda R. Steele
Zachary Shapiro
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**U.S. Trustee**

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*/s/ Lara J. Fogel*
Lara J. Fogel
Deputy Attorney General