## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> INSYS THERAPEUTICS, INC., *et al.,*[1] <br><br>        Debtors. | Chapter 11 <br><br> Case No. 19-11292 (KG) <br><br> Jointly Administered |
| INSYS THERAPEUTICS, INC., *et al.* <br><br>        Plaintiffs, <br><br> -against- <br><br> STATE OF ARIZONA, *ex. rel.* Mark Brnovich, Attorney General, *et al*. <br><br>        Government Defendants. | Adv. Pro. No. 19-50261-KG |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by and among Insys Therapeutics, Inc. and its affiliated debtors in the above-captioned chapter 11 cases, as debtors and debtors-in-possession, and plaintiffs in the four suits in *In re National Prescription Opiate Litigation*, Case No. 1:17-md-02804 (MDL No. 2804), U.S. District Court for the Northern District of Ohio, that are parties to the above-captioned adversary proceeding number 19-50261-KG (the "**Adversary Proceeding**"), that the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Insys Therapeutics, Inc. (7886); IC Operations, LLC (9659); Insys Development Company, Inc. (3020); Insys Manufacturing, LLC (0789); Insys Pharma, Inc. (9410); and IPSC, LLC (6577). The Debtors' mailing address is 410 S. Benson Lane, Chandler, Arizona 85224.

Adversary Proceeding be dismissed, without prejudice, as to the following parties, with each party to bear its own costs and attorneys' fees:

- Summit County Combined General Health District
- City of Barberton
- Village of Boston Heights
- Boston Township
- Village of Clinton
- Copley Township
- Coventry Township
- City of Cuyahoga Falls
- City of Fairlawn
- City of Green
- Village of Lakemore
- Village of Mogadore
- City of Munroe Falls
- City of Norton
- Village of Peninsula
- Village of Richfield
- Village of Silver Lake
- Springfield Township
- City of Stow
- City of Tallmadge
- Valley Fire District
- County of Cabell

WEIL:\97101015\1\53602.0004

Dated: July 3, 2019
      Wilmington, Delaware

RICHARDS, LAYTON & FINGER, P.A.      BLANK ROME LLP


*/s/ Christopher M. De Lillo*      */s/ Victoria A. Guilfoyle*
Mark D. Collins (No. 2981)      Stanley B. Tarr (DE No. 5535)
John H. Knight (No. 3848)      Victoria A. Guilfoyle (DE No. 5183)
Paul N. Heath (No. 3704)      1201 N. Market St., Suite 800
Marcos A. Ramos (No. 4450)      Wilmington, DE 19801
Christopher M. De Lillo (No. 6355)      Telephone:    (302) 425-6400
One Rodney Square      Facsimile:    (302) 425-6464
920 N. King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700      -AND-
Facsimile:  (302) 651-7701

      BROWN RUDNICK LLP
      David J. Molton
-AND-      Kenneth J. Aulet
      Chelsea E. Mullarney
WEIL, GOTSHAL & MANGES LLP      Seven Times Square, 47th Floor
Gary T. Holtzer (admitted *pro hac vice*)      New York, NY 10036
Ronit J. Berkovich (admitted *pro hac vice*)      Telephone:    (212) 209-4800
Peter D. Isakoff (admitted *pro hac vice*)      Facsimile:    (212) 209-4801
Brenda L. Funk (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153      -AND-
Telephone: (212) 310-8000

      BROWN RUDNICK LLP
      Steven D. Pohl
*Proposed Attorneys for the Debtors and*      One Financial Center
*Debtors in Possession*      Boston, MA 02111
      Telephone:    (617) 856-8200
      Facsimile:    (617) 856-8201


      -AND-

      GILBERT LLP
      Scott D. Gilbert (pro hac vice pending)
      Craig J. Litherland (pro hac vice pending)
      1100 New York Ave, NW, Suite 700
      Washington, D.C. 20005
      Telephone:    (202) 772-2277

      *Special Insolvency Counsel to the MDL*
      *Plaintiffs*

63440680 v1

WEIL:\97101015\1\53602.0004